IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY -3  P 3: 02

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| PHILIP GARY SLAUGHTER | 3-17CR-264-D |

INFORMATION

The United States Attorney Charges:

Count One
Possession or Sale of Stolen Firearm
(Violation of 18 U.S.C. § 922(j))

On or about April 14, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Philip Gary Slaughter**, knowingly received, possessed, concealed, stored, bartered, sold or disposed of a stolen firearm, or pledged or accepted as security for a loan a stolen firearm, that is, a Taurus, model PT140 Pro, .40 caliber pistol, serial number SCS87702, which had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. § 922(j).

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction for the offense alleged in Count One, defendant, **Philip Gary Slaughter**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to the following: a Taurus, model PT140 Pro, .40 caliber pistol, serial number SCS87702.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Kate Rumsey
_____
KATE RUMSEY
Assistant United States Attorney
Texas State Bar No. 24081130
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8713
Facsimile: 214-659-8802
Email: Kathryn.Rumsey@usdoj.gov